FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

00 MAY 12 AM 11: 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, a corporation, ) ) ) ) | |
| PLAINTIFF ) ) | ENTERED |
| VS. ) ) | MAY 1 2 2000 |
| WALTER J. PRICE, JR., an individual; MARGARET PRICE, an individual, ) ) ) ) ) | |
| DEFENDANTS ) | CIVIL ACTION NO. CV-96-N-2215-NE |

### AGREED FINDINGS AND CONCLUSIONS

The remaining parties to this proceeding, Firemen's Insurance Company of Newark, New Jersey, a corporation ("Firemen's") and Margaret Price, an individual have advised the Court of a resolution of this matter and an agreement to submit and stipulate to the following findings and conclusions and, to entry of judgment in favor of Margaret Price with regard to all relief requested in the complaint:

1. Firemen's filed its complaint on August 23, 1996, against Walter J. Price, Jr. and Margaret Price alleging that Margaret Price was the recipient of fraudulent transfers of real and/or personal property arising out of a Divorce Settlement Agreement between Walter J. Price, Jr. and Margaret Price entered by the Circuit Court of Jefferson County, Alabama on or about April 25, 1996.

2. Firemen's complaint sought separate relief for monetary damages against Walter J. Price, Jr. for obligations imposed under certain surety bonds. Previously, the Court granted



summary judgment in favor of Firemen's against Walter J. Price, Jr. only with respect to those claims.

3. Evidentiary submissions were provided to the Court in connection with a request for preliminary injunction by Firemen's and opposition thereto by Margaret Price. On September 19, 1996, this Court denied Firemen's request for preliminary injunction which sought to enjoin and restrain Margaret Price from selling, conveying or otherwise disposing of any of the assets she received in the divorce.

4. The parties have now stipulated to the Court that judgment is due to be entered in favor of Margaret Price and against Firemen's and, the complaint against her dismissed with prejudice, costs taxed as paid.

5. The Court finds based upon the Stipulation submitted herewith, that judgment is due to be entered in favor of Margaret Price and against Firemen's and the complaint dismissed with prejudice.

6. A separate judgment will be entered by the Court contemporaneously herewith.

DONE AND ORDERED this the 12th day of May, 2000.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

cc: L. Graves Stiff, III
    Attorney for Firemen's

    Robert H. Adams
    Attorney for Margaret Price

    James J. Sturdivant
    Attorney for Walter J. Price, Jr.